**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02202-LTB

UMG RECORDINGS, INC., et al,

    Plaintiffs,

v.

PATRICK COGGINS,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal Without Prejudice (Doc 6 - filed February 2, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  _s/Lewis T. Babcock_
                                  Lewis T. Babcock, Judge

DATED: February 3, 2009